```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 05-cr-215-01-PB

<u>Larry Stallings</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the January 4, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government and co-defendant, Christopher Stallings, do not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from January 4, 2006 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 21, 2006 final pretrial conference is continued until January 25, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 21, 2005

cc: Paul Pappas, Esq., Bjorn Lange, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal