```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 05-cr-215-PB

**Larry Stallings, et al.**


### O R D E R

Defendant, Michael Wyatt, has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from February 6, 2007 to May 1, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a

speedy trial.

The January 18, 2007 final pretrial conference is continued to April 19, 2007 at 4:00 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

January 16, 2007

cc:   Michael Smith, Esq.
      Ray Raimo, Esq.
      William Christie, Esq.
      R.P. Cornelius, Esq.
      William Cornelius, Esq.
      Bjorn Lange, Esq.
      Jonathan Saxe, Esq.
      Paul Pappas, Esq.
      Donald Feith, AUSA
      United States Probation
      United States Marshal