UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                          Case No. 05-cr-215-01-PB

**Larry Stallings, et al.**

**O R D E R**

    The defendant has moved to continue the May 1, 2007 trial in the above case in order to allow additional time for an evaluation of his competency to be completed prior to trial. The Government and co-defendants do not object to a continuance of the trial period.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to June 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 30, 2007

cc: Donald Feith, AUSA
 R.P. Cornelius, Esq.
 William T. Cornelius, Esq.
 William Christie, Esq.
 Bjorn Lange, Esq.
 Paul Pappas, Esq.
 Jonathan Saxe, Esq.
 Michael Smith, Esq.
 United States Probation
 United States Marshal