```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 05-cr-215-05-PB

**Christopher Stallings**
**and Larry Stallings**

### O R D E R

Christopher Stallings has moved to continue the June 5, 2007 trial in the above case in order to allow additional time to arrange for out-of-state witnesses to testify at trial. The Government and co-defendant, Larry Stallings, do not object to a continuance of the trial period to June 19, 2007.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to June 19, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 21, 2007

cc: Donald Feith, AUSA
    R.P. Cornelius, Esq.
    William T. Cornelius, Esq.
    William Christie, Esq.
    Bjorn Lange, Esq.
    Paul Pappas, Esq.
    Jonathan Saxe, Esq.
    Michael Smith, Esq.
    United States Probation
    United States Marshal